IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

CASE NO.: 4:20-cv-01955

| | |
|---|---|
| TASHA JACKSON, individually and on behalf of all others similarly situated, | CLASS ACTION |
| *Plaintiff*, | JURY TRIAL DEMANDED |
| vs. | |
| SOUTH HOUSTON MOTORCARS, LLC d/b/a SOUTH HOUSTON NISSAN, a Texas limited liability company, | |
| *Defendant*. | |
| _____/ | |

## NOTICE OF CLASS ACTION SETTLEMENT

Plaintiff Tasha Jackson hereby notifies the Court that the parties have reached an agreement in principle to settle the litigated claims in this case on a class-wide basis, subject to Court approval. The parties are presently drafting a written Settlement Agreement and related documents, which the parties will endeavor to file with the Court as part of a Motion for Preliminary Approval by March 26, 2021.

Date: March 11, 2021

                **EISENBAND LAW, P.A.**
515 E. Las Olas Boulevard, Suite 120
Ft. Lauderdale, Florida 33301
*/s/ Michael Eisenband*
Michael Eisenband
Florida Bar No. 94235
*Pro Hac Vice*
Email: MEisenband@Eisenbandlaw.com
Telephone: 954.533.4092
Admitted pro hac vice
*Counsel for Plaintiff and the Class*